UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

WILNER CENECHARLES,

      Defendant,

Case No.: 2:26-CR-00094-KCD-DNF

                               /

## **ORDER TO DEPOSIT FUNDS AND DISBURSE THEM FOLLOWING ENTRY OF JUDGMENT**

This cause came before the Court on April 10, 2026, when the Court accepted Defendant's plea of guilty. The Honorable Timothy R. Rice instructed Defendant at the guilty plea hearing that he was to make a special assessment payment totaling $800.00 "within ten days of today[.]" On April 17, 2026, Defendant Wilner Cenecharles paid his $800.00 special assessment via check to the Clerk of Court. Defendant's sentencing is scheduled for July 10, 2026.

The Clerk of Court is DIRECTED to deposit prejudgment payments made by the Defendant into the Court Registry Investment System consistent with this Order, and distribute the funds consistent with the forthcoming judgment.

**DONE AND ORDERED** on April 21, 2026.

Kyle C. Dudek
United States District Judge